UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Ernest Lee Lovejoy                              3529245
~~3529245~~

_____                        _____
_____                        _____

(Enter above the full name of the plaintiff    (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                     CIVIL ACTION NO. 2:23-cv-00775
                               (Number to be assigned by Court)

SCRJ Medical and Jail
_____
_____
_____

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No __X__

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____
   _____
   _____

   Defendants: _____
   _____
   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____
   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: __SCRJ__

   A. Is there a prisoner grievance procedure in this institution?

   Yes _X_    No _____

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes _X_    No _____

   C. If you answer is YES:

   1. What steps did you take? _I filled several Request on paper and Tablet and then through the_

   2. What was the result? _I have been denied the medication I was on still_

   D. If your answer is NO, explain why not: _____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: _Ernest Lee Lovejoy_
      Address: _1449 Rose Dale Dr, Saint Albans W.V, 25177_

   B. Additional Plaintiff(s) and Address(es): _N/A_

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: __SCRJ medical__

    is employed as: _____

    at _____

D. Additional defendants: __SCRJ COs__

_____

_____

_____

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was on the subutex program and due to it not elleviating my symptoms of addiction like I thought it could I ask for it to be raised. I ask requested and filed grievances on these. In return I was ask to give not one but two drug test within less 24 hours of each other and never got any attintion to see doct when she did finally she said I shouldn't have any addiction semitoms that I should be done, I told her she did evedontly know what she was talking about that I

4

**IV. Statement of Claim (continued):**

I would always be an addict. Right after this CO Ellis who we see flirting with medical staff all the time makes a report that I was caught hoarding with no proof. Never was I caught with anything, matter of fact a min or two after receiving meds he accused me of taking Sgt came around and checked my room with a dog. Since then they have taunted me and tried to draw me out. (back)

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want them held accountible like I am by being incarserated. Me not them. I don't want them to judge and execute with no proof or reason other than they don't agree with me or because of some personal dislike of me.

5

The nursing staff, doctors, @ CO Ellis himself. I wrote a grevince on all this, when answered basiclly I said that they took me off the program because I ask for help for my aldiction. I have went through worse DT than I ever had before. The help they gave was nin. and had to keep asking wich they have done nothing. The doctor finnally came seen me instead of giving the anser he gave on gravence he said he didnt care I was off it if there was an actition that was enough to leave me packing on the floor and fitting awful for week when there was no proof of me doing any thing. I feel I was punished becase I was asking for help. This is not right!

*[signature]*

11-14-23

V.  Relief (continued)):

_____
_____
_____
_____
_____

VII. Counsel

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____        No __X__

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: _I have no money to hire a lawyer_

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____        No __X__

If so, state the lawyer's name and address:

_____

_____

Signed this __14__ day of __Feb_____, 20_23_.

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11-14-23_____.
              (Date)

_____

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7